DEMETRIC HAYES
P.O. BOX 2572
WEST COLUMBIA, SC 29171



CERTIFIED MAIL

7020 0090 0001 4832 8826



$5.35
US POSTAGE
FIRST-CLASS
062511691240
29501
000092733

RETURN TO SENDER
BY USPS

RECEIVED
USDC CLERK ... ...CE SC
2020 AUG 24 P 3: 30

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
~~401~~ MCMILLAN FEDERAL BUILDING
401 WEST EVANS ST
FLORENCE, SC 29501

