AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Demetric Hayes and Carla Marshall<br>*Plaintiffs*<br>v.<br>Joe Earle Berry, Jr., Phillip K. Stephens, Lucas Stephens, Gary Finklea, William H. Edwards, Albert J. Dooley, Jr., Mary M. Caskey, James Y. Becker, Scott D. Whittle, Stephens Remodeling, LLC, Haynesworth Sinkler Boyd, P.A. Law Firm, Finklea Law Firm, Moore Taylor Law Firm, JP Morgan Chase Bank, N.A., South Carolina County of Lexington, and South Carolina County of Lexington Sheriff's Department<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  3:20-cv-03039-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __ recover from the defendant *(name)* ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiffs, Demetric Hayes and Carla Marshall, take nothing of defendants, Joe Earle Berry, Jr., Phillip K. Stephens, Lucas Stephens, Gary Finklea, William H. Edwards, Albert J. Dooley, Jr., Mary M. Caskey, James Y. Becker, Scott D. Whittle, Stephens Remodeling, LLC, Haynesworth Sinkler Boyd, P.A. Law Firm, Finklea Law Firm, Moore Taylor Law Firm, JP Morgan Chase Bank, N.A., South Carolina County of Lexington, and South Carolina County of Lexington Sheriff's Department, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable_ presiding, and the jury has rendered a verdict.  The plaintiffs _,_ recover from the defendant ___ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding. The Court having adopted as modified the Report and Recommendation of the Honorable Shiva Hodges, United States Magistrate Judge, which recommended dismissal.

*ROBIN L. BLUME, CLERK OF COURT*

Date:    November 21, 2022

s/Amanda Douglas Hilley
_____
*Signature of Clerk or Deputy Clerk*